IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re<br>CONTINENTAL AIRLINES, INC., | ) | Chapter 11 |
| | ) | |
| _____ | ) | Case No. 90-932 |
| | ) | |
| J. Trigg Adams<br>Identified member of the class<br>of LPP CLAIMANTS, | ) | Adversary No. 99-412 (MFW) |
| | ) | re: Docket No. 443 |
| | ) | |
| v. | ) | re: Docket No. 451 |
| | ) | |
| JAMES BALDRIDGE, WILLIAM MANN<br>and LARRY DUNN.<br>Representatives of the LPP CLAIMANTS, | ) | |
| and | ) | |
| CONTINENTAL AIRLINES, INC.<br>Debtor | ) | |
| _____ | ) | |

NOTICE OF APPEAL

I, J. Trigg Adams, a plaintiff, appeal under 28 USC (a) from the ORDER DENYING MOTIONS: 427-436, 438-440, 443-445 &448 entered in this adversary proceeding on the 24 day of July, 2006.

If the circuit has no bankruptcy appellate panel, I request the appeal to be forwarded to the federal district court judge in the district in which this bankruptcy court is located.

July 31, 2006

*/s/ J. Trigg Adams/*
J. Trigg Adams, *Pro Se*
7424 SW 129 Ct.
Miami, Fl. 33183
(305) 665-8904

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CONTINENTAL AIRLINES, INC., | ) | Case Nos. 90-932 (MFW) |
| et al., | ) | through 90-984 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| JAMES BALDRIDGE, WILLIAM | ) | |
| MANN and LARRY DUNN, individually | ) | |
| and as representatives of a class of persons | ) | |
| similarly situated who are referred to as | ) | |
| the LPP CLAIMANTS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary No. 99-412 (MFW) |
| | ) | |
| CONTINENTAL AIRLINES HOLDINGS, | ) | |
| INC., CONTINENTAL AIRLINES, | ) | |
| INC. and SYSTEM ONE HOLDINGS, | ) | Hearing Date: July 21, 2006 at 4:00 p.m. |
| INC., | ) | |
| | ) | Ref. Docket Nos. 427-436, 438-440, 443-445 & 448 |
| Defendants. | ) | |

## ORDER DENYING MOTIONS: DOCKET NOS: 427-436, 438-440, 443-445 & 448

The Court having considered the motions identified on Exhibit A annexed hereto (collectively, the "Motions") [Docket Nos. 427-436, 438-440, 443-445 & 448] and the arguments made therein; and upon consideration of the arguments made on the record of the hearing held in this adversary proceeding on July 21, 2006; and the Court having made oral rulings on the record at such hearing, all of which are incorporated herein; and no other or further notice being necessary or required; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED, that the Motions, and each of them, are hereby denied.

Dated: Wilmington, Delaware
       July 24, 2006

_____
Mary F. Walrath
Chief United States Bankruptcy Judge

## EXHIBIT A

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 07/20/2006 | 448 | Motion to Compel and Compliance with January 31, 2002 Order Filed by Luis A. Baldoni |
| 07/18/2006 | 445 | Motion to Compel and Compliance with January 31, 2002 Order Filed by Francis C. Armstrong |
| 07/18/2006 | 444 | Motion to Compel and Compliance with January 31, 2002 Order Filed by Rafael Villanueva |
| 07/18/2006 | 443 | Motion to Compel and Compliance with January 31, 2002 Order Filed by J. Trigg Adams |
| 07/12/2006 | 439 | Motion to Compel and Compliance with January 31, 2002 Order Filed by Richard Alan Osborne |
| 07/11/2006 | 440 | Motion to Reopen Adversary Proceeding but Object to the class Action Plaintiffs' Stipulations for Motion to Reopen Filed by Brownie N. Inman |
| 07/11/2006 | 438 | Motion to Compel Compliance with January 31, 2002 Order and Motion for Order Reopening Adversary Proceeding Filed by Ramon E. O'Neill |
| 07/11/2006 | 436 | Motion to Reopen Adversary Proceeding for Limited Purpose of enabling Compliance with this Court January 31, 2002 Order and Objections to the Stipulations for the Motion to Reopen by Class Representatives Because again Class Representative are not telling the Truth in Regards to the Composition of The Class Members Filed by Pete G. Neumann |
| 06/20/2006 | 435 | Motion to Compel and Compliance with January 31, 2002 Order Filed by Patrick M. Broderick |
| 06/19/2006 | 434 | Motion to Reopen Adversary Proceeding. Filed by JAMES BALDRIDGE, LARRY DUNN, LPP CLAIMANTS, WILLIAM MANN |
| 06/15/2006 | 433 | Motion to Compel and Compliance with January 31, 2002 Order Filed by James M. Reifke |
| 06/13/2006 | 432 | Motion to Compel and Compliance with January 31, 2002 Order Filed by Brownie |

|            |     |                                                                                                                                                            |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | N. Inman                                                                                                                                                   |
| 06/13/2006 | 431 | Motion to Compel and Compliance with January 31, 2002 Order Filed by Joseph F. Kucklick                                                                    |
| 06/12/2006 | 430 | Motion to Compel and Compliance with January 31, 2002 Order Filed by David A. Burns                                                                        |
| 06/09/2006 | 429 | Motion to Compel and Compliance with January 31, 2002 Order Filed by Michael D. Donovan                                                                    |
| 06/08/2006 | 428 | Motion to Reopen Adversary Proceeding and Chapter 11 Cases for the Limited Purpose of Enabling Compliance with this Court January 31, 2002 Order Filed by Peter G. Neumann |
| 05/31/2006 | 427 | Motion to Compel and Compliance with January 31, 2002 Order Filed by Peter G. Neumann                                                                      |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: _____  ○ BK    ○ AP
  If AP, related BK Case Number: _____

Title of Order Appealed:
_____
        Docket Number: _____         Date Entered: _____

Item Transmitted:   ○ Notice of Appeal              ○ Motion for Leave to Appeal
                    ○ Amended Notice of Appeal      ○ Cross Appeal
        Docket Number: _____         Date Filed: _____

*Appellant/Cross Appellant:                *Appellee/Cross Appellee
_____        _____
Counsel for Appellant:                     Counsel for Appellee:
_____        _____
_____        _____
_____        _____
_____        _____

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ○ Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ○ No

Have Additional Appeals to the Same Order been Filed?   ○ Yes   ○ No
    If so, has District Court assigned a Civil Action Number?   ○ Yes  ○ No   Civil Action # _____

Additional Notes:
_____

_____                By: _____
Date                                                Deputy Clerk
_____
                                            FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: _____
7/6/06