IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

2006 SEP -8 AM 10: 51

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>CONTINENTAL AIRLINES, INC., | ) Chapter 11<br>)<br>)<br>) Case No. 90-932<br>) |
| J. Trigg Adams<br>Identified member of the class<br>of LPP CLAIMANTS, | )<br>)<br>) Adversary No. 99-412 (MFW)<br>)<br>) re: Docket No. 456<br>) |
| v. | )<br>) |
| JAMES BALDRIDGE, WILLIAM MANN<br>and LARRY DUNN.<br>Representatives of the LPP CLAIMANTS,<br>and<br>CONTINENTAL AIRLINES, INC.<br>Debtor | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DESIGNATION OF DOCUMENTS

I, J. Trigg Adams, in accordance with Bankruptcy Rule 8006 petition this

Court, the debtor and the class representatives the following records to be

produced and forwarded for this appeal:

1. **Stipulation And Order On Motion To Intervene**, adversary Proceeding A-99-412 of February 3, 2000.

2. **Objection To The Proposed Amendment To February 3, 2001 Order Granting Class Certification**, adversary proceeding A-99-412 of November 3, 2001.

3. **ADDENDUM TO MEMORANDUM BRIEF ON MOTION FOR FINAL SUMMARY JUDGEMENT**, adversary proceeding A-99-412, August, 2000.

3.   **ADDENDUM TO MEMORANDUM BRIEF ON MOTION FOR FINAL SUMMARY JUDGEMENT**, adversary proceeding A-99-412, August, 2000.

4. List of LPP Claimants to which Continental Airlines attested in this Court it had mailed copies of its SECOND REORGANIZATION PLAN.

5. Clarification by the judge as to why she made the statement in the Motion To Reopen hearing on July 21, 2006, "Captain Adams, I decided the list was correct, after hearing all the arguments that were made", over the objections in the record at the original Settlement Hearing and in the Motion To Reopen Hearing, that the lists submitted were fraudulently deficient, without any evidentiary argument of their inaccuracy at either time.

6. Clarification by the judge as to why any and all objections throughout all these proceedings as to the inaccurate and fraudulent nature of the submissions of the Class Counsel have been pointedly ignored instead of being investigated when brought up.


September 5, 2006

*[signature]*

J. Trigg Adams, *pro se*
3824 Park Ave.
Miami, FL 33133
305-665-8904