IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>CONTINENTAL AIRLINES, INC., | ) Chapter 11<br>)<br>)<br>) Case No. 90-932<br>) |
| J. Trigg Adams<br>Identified member of the class<br>of LPP CLAIMANTS, | )<br>)<br>) Adversary No. 99-412 (MFW)<br>)<br>) re: Docket No. 456<br>) |
| v. | )<br>) |
| JAMES BALDRIDGE, WILLIAM MANN<br>and LARRY DUNN,<br>Representatives of the LPP CLAIMANTS, | )<br>)<br>)<br>) |
| and | ) |
| CONTINENTAL AIRLINES, INC.<br>Debtor | )<br>)<br>)<br>) |

STATEMENT

I, J. Trigg Adams, in accordance with Bankruptcy Rule 8006, petition for an appeal as a result of this Court's failure to reopen this case when overwhelming evidence in the record has been pointed out but totally ignored by this Court, proving that the Settlement Agreement was obtained by fraudulent testimony.

18 USC § 152 and § 157 explicitly prohibits any party to submit false and/or fraudulent statements, representations, declarations, or to

conceal documents or falsify recorded information in a title 11 proceeding.

September 5, 2006

*[signature: J. Trigg Adams]*

J. Trigg Adams, *Pro Se*
3824 Park Ave.
Miami, Fl. 33133
(305) 665-8904