Clerk,
U.S. District Court
844 North King Street
Room 4209 Lockbox 18
Wilmington, DE 19801

October 2, 2006

Re; Case No. 90-932 & 933(MFW), Civil Action No. 06-570(SLR)

Dear Sir;

Mr. Joseph Barry contacted me by telephone while I was on an extended trip in September. He asked if I were amenable to consolidating, for filing purposes, my case with those of Mr. O'Neill and Mr. Inman. I replied that I was perfectly willing to do so for the convenience of all.

He failed to mention that the enclosed answer was due by October 2 to his party's Motion, even though he knew I was on vacation and would not return home for over another week.

When I did return late last week, I found Continental's motion for an order excusing..., and was dismayed to note it had an answer date the following Monday, a deadline I could not meet by that time.

In addition, somehow my name got put together with Mr. O'Neill's address, and mailings from your office wound up there. Please correct my address to the one below.

I would appreciate it if you could get permission from Judge Robinson to accept this filing a day late due to the extenuating circumstances described above. I am certain Mr. Barry would have no objection.

Thank You,

Sincerely,

*[signature]*

J. Trigg Adams
3824 park Ave
Miami, FL 33133
305-665-8904