IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>CONTINENTAL AIRLINES, INC., et. al<br><br>Debtor<br><br>———————————————<br><br>**J. Trigg Adams**<br>Appellant<br><br>JAMES BALDRIDGE, WILLIAM MANN<br>and LARRY DUNN.<br>Representatives of the LPP CLAIMANTS,<br><br>and<br><br>CONTINENTAL AIRLINES, INC.<br><br>Appellees, | ) Chapter 11<br>)<br>)<br>)<br>)<br>) Case No. 90-932 &90-933 (MFW)<br>)<br>) Civil Action No. 06-569 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
OCT 1 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## OBJECTION TO MOTION OF APELLEE CONTINENTAL AIRLINES, INC. FOR AN ORDER (I)DISMISSING OF APPEALS, (II) AWARDING DAMAGES PURSUANT TO F.R.A.P. 38 AND BANKRUPTCY RULE 8020, AND (III) ENJOINING APPELLANTS

### PRELIMINARY STATEMENT

My *Motion to Compel and Compliance with January 31, 2002 Order* is neither frivolous nor vexatious. I have argued every time that I have appeared in this matter that both Class Counsel and Continental have misled the courts as to lawfulness of the makeup of the members of the Class, and accuracy of the list of names therein. In my telephonic appearance at the July 31, 2006 (the 2006 Hearing), as Continental points out, I once again stated that position, but the Judge ruled, once again, that she would not

consider those charges, and ordered things to stand as they were. This, notwithstanding the fact that her January 31, 2002 Final Order and Judgment has not been fully complied with.

Continental's assertions that I am no longer an "unsophisticated litigant" because I have proven that I can copy some of the formats required for appearing in the court system might have some validity if he, (or I), thought seriously that I could pass the bar and earn my living as a lawyer. I have no such illusions, and I trust that neither does the Court. (Nor, do I suspect, does Mr. Brady). I can only read the laws printed in books and reason that in this case a number of them have been violated. I do not have the means to properly pursue this issue, but try to do so out of a profound respect for the law, and a desire to see justice done from a basis of honesty. I have made mistakes in procedure, and will likely stumble again, and I beg the Court's indulgence in my lack of legal sophistry. If I could have afforded a qualified lawyer, I might have been successful at dodging the snares so far set by Continental and the Class Counsel.

## ARGUMENT

All of the documents I need to make the case that Continental and the Class Counsel have filed inaccurate and conflicting submissions to the Court are in the record , and are listed in my Designation Of Documents filing, or those of others.

So far as I can tell, no Court in this process has directly answered any claim by myself or others that the above-mentioned submissions are inaccurate, conflicting, or fail to follow applicable law. The courts have addressed them as a whole, without answering my serious questions, and have ruled on them as if they were accurate. <u>I am not here contesting any of those rulings</u>.

# CERTIFICATE OF SERVICE

I, J. Trigg Adams, certify that I am not less than 18 years of age, and that service of the **OBJECTION TO MOTION OF APELLEE CONTINENTAL AIRLINES, INC. FOR AN ORDER (I)DISMISSING OF APPEALS, (II) AWARDING DAMAGES PURSUANT TO F.R.A.P. 38 AND BANKRUPTCY RULE 8020, AND (III) ENJOINING APPELLANTS** was made on October 9, 2006, upon the attached service list by first class mail, unless otherwise specified.

Under penalty of perjury, I declare that the foregoing is true and correct.

J. Trigg Adams, *Pro Se*
3824 park Ave.
Miami, FL. 33133
Phone (305) 665-8904


Counsel for Continental Airlines:
Robert Brady, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17 Floor
Wilmington, DE 19801
(302) 571-6600

Counsel for LPP Claimants:
Bruce Jamenson, Esq.
Prickett, Jones & Elliot, P.A.
1310 King Street
Wilmington, DE 19899
(302) 888-6532

**Extremely Urgent**

Call 1-800-PICK-UPS® (1-800-742-5877) or visit UPS.com®

- For UPS Next Day Air services, there is no weight limit for envelopes containing correspondence, urgent documents, and electronic media. When a UPS Next Day Air service is selected, UPS Express Envelopes containing items other than those listed above are subject to the corresponding rates for the applicable weight.
- For UPS Worldwide Express, the UPS Express Envelope may be used only for documen— — commercial value. There is no limit on the weight
- Do not use UPS 2nd Day over 13 ounces in this e UPS Express Envelopes to the corresponding ra
- Do not send cash or ca

```
J TRIGG ADAMS                           LTR        1 OF 1
(305) 665-8904
MAIL BOXES ETC. #1541
#114
13615 S DIXIE HWY
MIAMI   FL 33176

SHIP    CLERK, US DISTRICT COURT
TO:     RM 4209, BOX 18
        844 N KING ST

        WILMINGTON  DE 19801-3519

        DE 197 9-20

        UPS NEXT DAY AIR                               1
        TRACKING #: 1Z 79E W38 01 2098 5795

BILLING: P/P
```



 ISH 7.00 E2844 57.1A 07/2006

OCT 10 2006
DISTRICT OF DELAWARE

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express℠
UPS 2nd Day Air®

Apply shipping documents on this side.

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select℠
UPS Worldwide Expedited℠



EXTREMELY URGENT
UPS Next Day Air®
United Parcel Service, Louisville, KY